Argued March 15, affirmed March 15, 1971

## CARL LEE BRYAN, *Appellant, v.* CUPP, *Respondent.*

482 P2d 192

*Gary D. Babcock*, Public Defender, Salem, argued the cause and filed the brief for appellant.

*Jim G. Russell*, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

MEMORANDUM DECISION.